# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re:<br><br>HILLQUIST, AMANDA N<br>    Debtor. | Chapter 7<br><br>Case No. 2:23-07053-DPC<br>**STIPULATED ORDER** |
|---|---|

The parties agree to the following:

1. On October 4, 2023, the Debtor filed a chapter 7 bankruptcy case.
2. Trustee Maureen Gaughan was appointed in this case.
3. The Debtor filed a Schedule C claiming certain exemptions, one of which is the earned income credit and child tax credit ("Tax Credit") pursuant to A.R.S. § 33-1126(A)(11).
4. The Trustee filed an objection to the Tax Credit exemption (docket number 14).
5. The Debtor filed a Response to the Trustee's Objection.
6. Debtor and Trustee agree that Trustee's objection to whether Prop 209 abolished the Earned Income Credit and Child Tax Credit exemptions found in A.R.S. §33-1126(A)(11) is stayed pending a decision from the certification of this issue to the Arizona Supreme Court's in the case of *In re Riggins*, case no 2:22-bk-08511-PS.
7. No ruling has been issued as of this date.

8. The parties agree to place this matter on hold until a decision has been issued from the Arizona Supreme Court.

Upon consideration of these factors and the agreement entered into by and between Trustee and the Debtor(s), and good cause appearing:

**IT IS HEREBY ORDERED** approving the Agreement.

**IT IS FURTHER ORDERED** that the Debtor(s) will provide a copy of the 2023 federal and state income tax returns ("Tax Returns") to the Trustee as soon as the Tax Returns are filed.

**IT IS FURTHER ORDERED** that either party may request a status hearing on the matter prior to the decision by the Arizona Supreme Court.

**IT IS FURTHER ORDERED** that once the decision is entered by the Arizona Supreme Court, either party may request a hearing on this matter.

**DATED AND SIGNED ABOVE**

Agreed on December 12, 2023, as to form and substance:


/s/Maureen Gaughan
Maureen Gaughan, Trustee


/s/
THOMAS ADAMS MCAVITY
Counsel for the Debtor(s)